IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv414

| | |
|---|---|
| THOMAS ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| WIX FILTRATION CORP LLC, | ) |
| DANA-SPICER, INC. D/B/A WIX | ) |
| FILTRATION PRODUCTS | ) |
| DIVISION AND AFFINIA | ) |
| GROUP, INC. D/B/A WIX | ) |
| FILTRATION PRODUCTS | ) |
| DIVISION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. 17] is **GRANTED**, and Judgment is hereby entered in favor of the Defendants Wix Filtration Corp LLC, Dana-Spice, Inc. d/b/a Wix Filtration Products Division and Affinia Group, Inc. d/b/a Wix Filtration Products Division against the

Plaintiff Thomas Robinson.  This case is hereby **DISMISSED.**

**IT IS SO ORDERED.**

Signed: December 3, 2008

Martin Reidinger
United States District Judge