# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas Robinson,

    Plaintiff(s),

vs.

Wix Filtration Corp LLC,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv414

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/3/08 Order.

Signed: December 3, 2008

Frank G. Johns, Clerk
United States District Court